**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                               )
FREDERICK J. MALI, and LUCRETIA  )    CIVIL ACTION
MALI,                               )
                               )
    Plaintiffs,                    )
                               )    CASE NO. 3:06-cv-01475 (CFD)
vs.                               )
                               )
FEDERAL INSURANCE COMPANY,    )
    Defendant.                  )    December 14, 2006
_____)

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF**
**PROPOSED SCHEDULING ORDER**

In Support of their Proposed Scheduling Order, Plaintiffs represent the following:

1. On or about April 1, 2005, a fire occurred on Plaintiffs' property and Plaintiffs promptly made a claim with Defendant against the Policy, which is the subject of this lawsuit.

2. Despite the above, Defendant did not attempt to examine either plaintiff under oath until EUO's were noticed for both Plaintiffs on December 7, 2005, eight months after the fire.

3. With the full cooperation of Plaintiffs, Defendant has had numerous opportunities to conduct inspections of the premises, which is the subject of

       this lawsuit, including a site inspection held on November 16, 2006 in which an engineer, building contractor, videographer and inspectors attended on behalf of Defendant.

4. Defendant has had ample opportunity, more than twenty (20) months, to investigate Plaintiffs' claim.

5. Any attempt by Defendant to extend the schedule beyond those deadlines proposed herein by Plaintiffs is disingenuous and without reason other than further and unnecessary postponement of a resolution of Plaintiffs' claim.

6. Plaintiffs are of advanced years and failing health and strive to see a swift resolution of this unnecessarily protracted insurance claim before they lose the ability to enjoy the reconstruction of their beloved country home for which they paid Defendant so handsomely in premiums over the years.

7. For the aforesaid reasons, Plaintiffs' Proposed Schedule Order should be granted.

                    THE PLAINTIFFS,

        By: /s/ Michael D. O'Connell
            Michael D. O'Connell, Esq. (CT05299)
            O'Connell, Flaherty & Attmore, LLC
            280 Trumbull Street
            Hartford, CT  06103
            (860) 548-1300
            (860) 548-0023  (facsimile)
            mailto:moconnell@ofalaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            )
FREDERICK J. MALI, and LUCRETIA  )  CIVIL ACTION
MALI,                                       )
                                            )
    Plaintiffs,                         )
                                            )  CASE NO. 3:06-cv-01475 (CFD)
vs.                                         )
                                            )
FEDERAL INSURANCE COMPANY,       )
    Defendant.                          )  December 14, 2006
_____)

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 14th day of December 2006, the foregoing Memorandum in Support of Plaintiffs' Proposed Scheduling Order was filed with the Court electronically and served by regular first class mail, postage prepaid, upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Michael D. O'Connell
                                      Michael D. O'Connell, Esq.